1  STEPHANIE YONEKURA
   Acting United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  DENNIS J. HANNA, CSBN 184475
5  Special Assistant United States Attorney
6      Social Security Administration
7      160 Spear St., Suite 800
       San Francisco, CA  94105
8      Telephone:  (415) 977-8962
9      Facsimile:  (415) 744-0134
       Email:  Dennis.Hanna@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CLAUDETT M. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:14-cv-00815-JEM<br><br>[**PROPOSED**]<br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: October 29, 2014

                                        */s/ John E. McDermott*
                                        HON. JOHN E. MCDERMOTT
                                        UNITED STATES MAGISTRATE JUDGE